CASEY, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Patrick Casey against the Union Railway Company of New York. B. H. Ames, for appellant. G. W. Hartridge, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re CERTAIN LANDS ON TILLARY, BRIDGE, AND LAWRENCE STS., IN BOROUGH OF BROOKLYN, IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) In the matter of acquiring title by the city of New York to certain lands and premises situated on Tillary, Bridge, and Lawrence streets, in the borough of Brooklyn, in the city of New York, duly selected as a site for school purposes, according to law. No opinion. Motion granted.

CHICHESTER, Respondent, v. WINTON MOTOR CARRIAGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Daniel R. Chichester against the Winton Motor Carriage Company. No opinion. Judgment and order affirmed, with costs.

CHOATE v. GORSTEN et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Joseph H. Choate, Jr., as trustee, etc., against Herman Gorsten and others. No opinion. Order affirmed, with $10 costs and disbursements.

CHRYSTIE, Appellant, v. BARBER ASPHALT PAVING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Einar Chrystie against the Barber Asphalt Paving Company, impleaded with others. C. Mellon, for appellant. L. L. Kellogg, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CICIARELLE, Respondent, v. FRAZER & JONES CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Vittorio Ciciarelle, an infant, etc., against the Frazer & Jones Company. No opinion. Judgment and order affirmed, with costs.

In re CITY OF NEW YORK. In re VAN VALKENBERG. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of the city of New York and in the matter of Van Valkenberg. T. Connoly, for the city of New York. J. A. Flannery, for Van Valkenberg. No opinion. Order modified by reducing allowance to $500, and, as modified, affirmed, without costs. Order filed.

CITY OF NEW YORK v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by the city of New York against the Third Avenue Railroad Company. No opinion. Judgment affirmed, with costs, on opinion of the court below. 87 N. Y. Supp. 584.

CLARK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Gary S. Clark, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

CLARK, Appellant, v. PIERSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by William B. Clark, as trustee, etc., against Albert H. Pierson and others. No opinion. Motion to dismiss appeal granted, with costs of appeal, together with $10 costs of motion.

CLARK, Appellant, v. SCOVILLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Margaret E. Clark against Edward Tracy Scoville and others, etc.
PER CURIAM. Judgment affirmed, with costs.
NASH, J., not sitting.

CLAUSEN, Respondent, v. RAGAN, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Fred Clausen against Lloyd E. Ragan. No opinion. Judgment and order unanimously affirmed, with costs.

In re CLEMENT, Com'r. (Supreme Court, Appellate Division, First Department. Nov. 23, 1906.) In the matter of Maynard M. Clement, commissioner. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLEMENT, Excise Com'r, Respondent, v. FEDERAL UNION SURETY CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Maynard N. Clement, as state commissioner of excise of the state of New York, against the Federal Union Surety Company, impleaded with Thomas Lunan. No opinion. Judgment and order unanimously affirmed, with costs.

CLEMENT, Excise Com'r, Respondent, v. LUNAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Maynard N. Clement, as state commissioner of excise of the state of New York, against Thomas Lunan and the Federal Union Surety Company. No opinion. Order affirmed, with $10 costs and disbursements.